IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, et al., | : : : : : | CIVIL ACTION |
| FOSTER MILLER & BIERLY, INC., | : | NO. 02-4680 |

ORDER

AND NOW, this **18th** day of **October 2002**, it is **ORDERED** that a hearing to consider Plaintiff's Motion for Default Judgment (document no. 6) and Plaintiff's Application to Vacate Dismissal (document no. 7) is **SCHEDULED** on **November 19, 2002 at 9:00 a.m.**, in Courtroom 3A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO,  J.