IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, ET AL., | : : : | CIVIL ACTION NO. 02-4680 |
| Plaintiffs, | : | |
| v. | : | |
| FOSTER MILLER & BIERLY, INC. | : | |
| Defendant. | : | |

## JUDGMENT

**AND NOW**, this **19th** day of **November, 2002,** pursuant to an order of even date, it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of plaintiffs and against defendant in the amount of $3,992.48.

**AND IT IS SO ORDERED.**

                                                              **EDUARDO C. ROBRENO, J.**