IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, et al. : Plaintiffs : v. : : : FOSTER MILLER & BIERLY : and : FIRSTRUST BANK : Garnishee : | CIVIL ACTION No. 02-4680 |

**REQUEST TO DISSOLVE ATTACHMENT AGAINST
GARNISHEE FIRSTRUST BANK**

TO THE CLERK:

    Kindly dissolve the attachment entered in the above-captioned matter against Garnishee, Firstrust Bank in this matter.

                Respectfully submitted,

                FREEDMAN & LORRY, P.C.

BY: _____
      SUSAN A. MURRAY, ESQUIRE
      Attorney for Plaintiffs

DATE: _____

Kristine Giordano Becker, Paralegal
215-931-2561
kgiordano@freedmanlorry.com


June 10, 2003


Clerk
United States District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA  19106

      **RE:**    **Teamsters Pension Trust Fund of Philadelphia and Vicinity**
             **v.  Foster Miller & Bierly, Inc.**
             **Civil Action No.  02-4680**


Dear Clerk:

    Enclosed please find an original Request to Dissolve Attachment to be filed and docketed of record with the Court in the above-referenced matter, along with a disc and a duplicate face sheet.

    Kindly file the original Request, time-stamp the copy and return the latter to me in the enclosed, stamped return envelope.

                                    Very truly yours,


                                    **KRISTINE GIORDANO BECKER**
                                    Paralegal


18733.c
Foster Miller
Enclosures
cc: Mr. Frank Duffy