### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| | : | No. 02-4680 |
| FOSTER MILLER & BIERLY | : | |
| Defendant | : | |
| and | : | |
| COMMERCE BANK | : | |
| Garnishee | : | |

### AFFIDAVIT OF SERVICE OF WRIT OF EXECUTIOIN
### AND INTERROGATORIES IN ATTACHMENT

I, Joseph Mohnacs, state, under penalty of perjury that the following is true and correct. On October 16, 2003 at approximately 9:45 a.m., I personally served a Writ of Execution and Interrogatories in Attachment on Garnishee, Commerce Bank, by hand delivering same to Brian Vanderberg, Assistant Branch Manager, at the address of 1900 Market Street, Philadelphia, PA 19103.

_____
JOSEPH MOHNACS

Sworn to me and subscribed before me

This _____ day of _____, 2003.

_____
NOTARY PUBLIC

Kristine Giordano Becker, Paralegal
215-931-2561
kgiordano@freedmanlorry.com


October 17, 2003

Clerk
United States District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA  19106

   **RE:** **Teamsters Pension Trust Fund of Philadelphia and Vicinity**
     **v.  Foster Miller & Bierly, Inc.**
     **Civil Action No.  02-4680**

Dear Clerk:

  Enclosed please find an original Affidavit of Service of Writ of Execution and Interrogatories in Attachment to be filed and docketed of record with the Court in the above-referenced matter, along with a duplicate face sheet.

  Kindly file the original Affidavit, time-stamp the copy and return the latter to me in the enclosed, stamped return envelope.

           Very truly yours,


           **KRISTINE GIORDANO BECKER**
18733.c          Paralegal
Enclosures
cc:  Frank Duffy