IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| | : | No. 02-4680 |
| FOSTER MILLER & BIERLY, INC. | : | |
| and | : | |
| COMMERCE BANK | : | |
| Garnishee | : | |

### ORDER TO SATISFY JUDGMENT AGAINST GARNISHEE

TO THE CLERK OF COURT:

    Kindly mark the judgment entered against the Garnishee, Commerce Bank, in the above-captioned matter, satisfied upon payment of your costs only.

                          FREEDMAN & LORRY, P.C.

Date: _____

                          SUSAN A. MURRAY, ESQUIRE
                          Atty I.D. No. 53036
                          400 Market Street, Suite 900
                          Philadelphia, PA  19106
                          (215) 931-2506
                          Attorney for Plaintiffs